144 A.3d 925

**James PARKER, Petitioner,**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 92 EM 2016.**

Supreme Court of Pennsylvania.

July 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus, are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filings within 90 day. Finally, the Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

Justice MUNDY did not participate in the consideration or decision of this matter.